**Michael B. WILLIAMS, Plaintiff–Appellant,**

v.

**Vickie MADRID, MSW, Defendant–Appellee.**

No. 14–15907.

United States Court of Appeals, Ninth Circuit.

Submitted June 22, 2015.*

Filed July 1, 2015.

Michael B. Williams, Coalinga, CA pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: HAWKINS, GRABER, and W. FLETCHER, Circuit Judges.

MEMORANDUM ***

Michael B. Williams, a pre-trial civil detainee under California's Sexually Violent Predators ("SVP") Act, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging constitutional violations. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii). *Huftile v. Miccio–Fonseca*, 410 F.3d 1136, 1138 (9th Cir. 2005). We affirm.

The district court properly dismissed Williams's action because Williams failed to allege facts sufficient to state any cognizable claims. *See Hebbe v. Pliler*, 627 F.3d 338, 341–42 (9th Cir.2010) (although pro se pleadings are liberally construed, a plaintiff must allege facts sufficient to state a plausible claim); *see also Allen v. Illinois*, 478 U.S. 364, 368–70, 106 S.Ct. 2988, 92 L.Ed.2d 296 (1986) (sexually-dangerous-person commitment proceedings are not "criminal" within the meaning of the Fifth Amendment's guarantee against compulsory self-incrimination); *Inouye v. Kemna*, 504 F.3d 705, 712 n. 7 (9th Cir.2007) (test for Establishment Clause violation); *Rhodes v. Robinson*, 408 F.3d 559, 567–68 (9th Cir.2005) (elements of retaliation claim).

## AFFIRMED.

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.